AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17MJ00080-1** |
| **JOSHUA B. BLODGETT** | Defendant's Attorney: Michael Chaput, Retained |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s) __2, 4, and 7__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.34(a)(4) | Disorderly conduct, create or maintain a hazardous condition. | 8/8/2017 | 2 |
| 36 CFR § 4.23(a)(2) | Drive with a BAC greater than 0.08. | 8/8/2017 | 4 |
| 36 CFR § 2.35(b)(2) | Possess a controlled substance (methamphetamine). | 8/8/2017 | 7 |

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __1, 3, 5, 6, and 8__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**11/28/2017**
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

11/29/2017
Date

AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JOSHUA B. BLODGETT**
CASE NUMBER: **6:17MJ00080-1**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
24 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a special assessment of $30, which shall be due immediately/paid in full by 1/28/2018. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721
5. The Defendant shall complete the First Time DUI Offender Program OR a DMV Multi-Offender DUI program, depending on what program he qualifies for, through the California Department of Motor Vehicles, to be completed within the first 11 months of probation.
6. The Defendant is ordered to personally appear if not in compliance with the terms of probation for a FIRST Probation Review Hearing on 11/27/2018 at 10:00 am before U.S. Magistrate Judge Seng; if Defendant is in compliance he may appear by telephone.
7. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
8. The Defendant shall abstain from the use of possession of alcohol.
9. The Defendant shall abstain from the use or possession of any controlled substance unless prescribed for Defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
10. The Defendant shall continue to attend AA 5 time(s) weekly for the first 12 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.
11. The Defendant shall enroll in SCRAM program within 2 weeks of sentencing and participate in program for 75 days and pay all costs and fees associated with program.