Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number: 6:18-MJ-0080-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| JOSHUA B. BLODGETT, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for November 27, 2018. The defendant On November 28, 2017, Defendant was sentenced to 24 months of unsupervised probation with the conditions he; obey all laws, report any new violations of law within seven days, complete the California Department of Motor Vehicles DUI offender course, abstain from the use or possession of alcohol, attend AA 5 times weekly for first 12 months of probation, and patriciate in the SCRAM program for 75 days. A review hearing was set for November 27, 2018 at 10:00 a.m.

To date, Defendant has complied with all the terms of unsupervised probation, and the Government requests the Court vacate the review hearing currently scheduled. The Government

//

1

further requests the Court set a final review hearing for October 22, 2019 at 10:00 a.m.

.

Dated:  November 27, 2018	NATIONAL PARK SERVICE

 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for November 27, 2018, in the above referenced matter, *United States v. Blodgett, 6:17-MJ-0080-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   November 20, 2018	_____
	UNITED STATES MAGISTRATE JUDGE